Benjamin Noren, Esq.
**HINSHAW & CULBERTSON LLP**
800 Third Avenue, 13th Floor
New York, New York 10017
212-471-6200 (Telephone)
212-935-1166 (Facsimile)
*Attorneys for Defendants Midland Funding LLC and Midland Credit Management, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH J. VASKO, individually and a class representative on behalf of others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>MIDLAND FUNDING LLC, and MIDLAND CREDIT MANAGEMENT, INC.<br><br>Defendant. | Docket No.<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE**, that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Midland Funding, LLC and Midland Credit Management, Inc. ("Midland") hereby gives notice of the removal of this action from the Superior Court of New Jersey, Law Division Camden County, where it is now pending, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, Defendant Midland states:

1.  On or about March 17, 2017, Plaintiff filed a summons and complaint in this action styled *Joseph J. Vasko v. Midland Funding LLC, and Midland Credit Management, Inc.*, bearing Docket No. CAM-L-1189-17 before the Superior Court of New Jersey, Law Division Camden County. A copy of the Summons and Complaint is annexed hereto as Exhibit A.

2.  The Summons and copy of the Complaint was served *via* personal service on Midland on April 19, 2017.

3. The Complaint alleges, in sum and substance, that Midland violated the Federal Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* Midland denies that it violated the law in any way. Accordingly, this action may be removed pursuant to 28 U.S.C. § 1441(b) as this Court has federal question jurisdiction under 28 U.S.C. §1331.

4. This Notice of Removal is timely filed within thirty (30) days after Midland first received a copy of the initial pleadings setting forth the claims for relief and existence of federal question jurisdiction.

5. A civil cover sheet and the payment of the required filing fee accompany this Notice.

6. Written notice of this Notice of Removal will be filed with the Superior Court of New Jersey, Law Division Camden County.

7. Midland expressly reserves their right to raise all defenses and objections to Plaintiffs' claims after the action is removed to the above Court.

**WHEREFORE,** Defendants Midland, respectfully request that this action be removed from the Superior Court of New Jersey, Law Division, Camden County to the United States District Court for the District of New Jersey.

Dated:   New York, New York
         May 19, 2017

                                    HINSHAW & CULBERTSON LLP
                                    *Attorneys for Defendants Midland Funding, LLC
                                    and Midland Credit Management, Inc.*

                              By:   s/Benjamin S. Noren
                                    Benjamin S. Noren
                                    800 Third Avenue, 13th Floor
                                    New York, NY 10022
                                    Tel: (212) 471-6200

TO:   Lewis G. Adler
      26 Newton Avenue
      Woodbury, New Jersey 08096
      Tel: (856) 845-1968

131583018v1 0993541

Paul DePetris
Law Office of Paul DePetris
532 Route 70 West, 2nd Floor
Cherry Hill, New Jersey 08002
Tel: (609) 714-2020

131583018v1 0993541